**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 27, 2015.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-15-00604-CV

### GROSSE TETE WELL SERVICE, INC., Appellant

### V.

### SWIVEL RENTAL & SUPPLY, LLC, Appellee

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-55440**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed June 8, 2015. On October 19, 2015, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.